UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS STOUT,

    Plaintiff,

v.

FORD MOTOR COMPANY,

    Defendant.

Case No. 06-14155

Hon. Julian Abele Cook
Magistrate Judge Scheer

| JOHN P. HERGT (P31332) | DONNA J. DONATI (P28188) |
|---|---|
| HUIZENGA & HERGT, P.C. | CHRISTOPHER M. TREBILCOCK (P62101) |
| ATTORNEYS FOR PLAINTIFF | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. |
| 1415 PENOBSCOT BUILDING | ATTORNEYS FOR DEFENDANT |
| DETROIT, MI 48226 | 150 WEST JEFFERSON, SUITE 2500 |
| (313) 963-4200 | DETROIT, MI 48226 |
| | (313) 963-6420 |

## STIPULATED ORDER ENLARGING THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

The parties having stipulated to an Order allowing Plaintiff an extension of time in which to file its response to Defendant's Motion to Dismiss.

IT IS HEREBY ORDERED that Plaintiff shall have until December 12, 2006 to file its response to Defendant's Motion to Dismiss in this matter.

IT IS FURTHER ORDERED that Defendant shall have until December 26, 2006 to file its reply to Plaintiff's response to Defendant's Motion to Dismiss in this matter.

IT IS SO ORDERED.

                                             s/ Julian Abele Cook, Jr.

                                             U.S. DISTRICT COURT JUDGE

Approved as to form and content:

| | |
|---|---|
| S/JOHN P. HERGT W/CONSENT | S/DONNA J. DONATI |
| HUIZENGA & HERGT, P.C. | MILLER, CANFIELD, PADDOCK & STONE, P.L.C. |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
| 1415 PENOBSCOT BUILDING | 150 WEST JEFFERSON, SUITE 2500 |
| DETROIT, MI 48226 | DETROIT, MI 48226 |
| (313) 963-4200 | (313) 963-6420 |
| Jaguare70@aol.com | DONATI@MILLERCANFIELD.COM |
| P31332 | P28188 |

DELIB:2795306.1\029982-00382