## UNITED STATES DISTRICT COURT
## EASTERN DIVISION OF MICHIGAN

Case No. 2:06-cv-14155
Judge: Julian Abele Cook, Jr.
Referral Judge: Judge Donald A. Scheer

THOMAS STOUT

    Plaintiff,

vs.

FORD MOTOR COMPANY

    Defendant,
_____/

Huizenga & Hergt P.C.
John P. Hergt (P31332)
1415 Penobscot Building
Detroit, Michigan 48226
(313) 963-4200
Attorneys for the Plaintiff

Miller, Canfield, Paddock
& Stone P.L.C.
Donna J. Donati (P28188)
Christopher M. Trebilock (P62101)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-0420

Eugene Scalia
Deborah J. Clarke
Jason C. Schwartz (admission pending)
Gibson, Dunn & Crutcher, LLP
Co-Counsel for Defendant
1050 Connecticut Avenue, N.W.
Washington D.C. 20036
(202) 955-8500

_____/

**NOTICE OF APPEAL**

Notice is hereby given that, Thomas Stout, plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Court's Order Dismissal pursuant to Fed. R. Civ.P. 12(b)(6) entered February 16, 2007.

HUIZENGA & HERGT P.C.

By: _____

John P. Hergt (P31332)
Attorney for the Plaintiff
1415 Penobscot Blg.
Detroit, MI. 48226
(313) 963-4200

March 1, 2007