

Case No. 07-1289

06-14155

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

ORDER

F I L E D
JAN 14 2008
CLERK'S OFFICE
DETROIT

THOMAS STOUT,

    Plaintiff - Appellant

v.

FORD MOTOR COMPANY,

    Defendant - Appellee



Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

ENTERED BY ORDER OF THE COURT
Leonard Green, Clerk

Issued: January 09, 2008

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By_____
    Deputy Clerk

06-14155

## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 09, 2008

Ms. Donna J. Donati
Miller, Canfield, Paddock & Stone
150 W. Jefferson
Suite 2500
Detroit, MI 48226

Mr. John P. Hergt
Huizenga & Hergt
645 Griswold
1415 Penobscot Building
Detroit, MI 48226-0000

Mr. Eugene Scalia
Gibson, Dunn & Crutcher
1050 Connecticut Avenue, N.W.
Washington, DC 20036

Re: No. 07-1289, *Stout v. Ford Mtr Co*
Originating Case No. 06-14155

Dear Counsel,

The Court issued the enclosed order today in this appeal.

Sincerely yours,

s/Mary Patterson
Case Manager
Direct Dial No. 513-564-7033
Fax No. 513-564-7094
CA06-Team3@ca6.uscourts.gov

cc: Honorable Julian A. Cook Jr.
    Mr. David J. Weaver